# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

## DIVISION II

| | |
|---|---|
| JUBITZ CORPORATION,<br><br>    Appellant,<br><br>    v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF REVENUE,<br><br>    Respondent. | No. 57952-9-II<br><br>ORDER GRANTING MOTION FOR RECONSIDERATION AND ORDER WITHDRAWING OPINION |

Respondent moves for reconsideration of the court's May 29, 2024 opinion. Upon consideration, the motion for reconsideration is GRANTED. This court's previously filed published opinion is withdrawn. The court will issue a new opinion in due course. Accordingly, it is

SO ORDERED.

PANEL: Jj. Maxa, Price, Cruser

FOR THE COURT:

_____
MAXA, J.